United States District Court
Southern District of Texas
**ENTERED**
October 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JOEL LUNA GAMEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-4331 |
| | § | |
| WARDEN, JOE CORLEY PROCESSING CENTER, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | | |

## ORDER OF DISMISSAL

Upon consideration of the filings, the Court finds that Petitioner's habeas petition has been rendered moot, as Petitioner has been removed from the United States. As a result, the petitioner is no longer subject to continued immigration detention. This renders his petition moot, as there is no relief the Court can grant through habeas review.

Accordingly, the Court **ORDERS** as follows:

1. This case is **DISMISSED WITHOUT PREJUDICE** as moot.

2. Any remaining pending motions are **DENIED AS MOOT**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on October 29 2026.

George C. Hanks Jr

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE